# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2018

155889

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* PETITION OF WAYNE COUNTY
TREASURER FOR FORECLOSURE.

_____

WAYNE COUNTY TREASURER,
        Petitioner-Appellee.

v

MOURICE NEAL,
        Respondent-Appellant,

SC:  155889
COA:  337847
Wayne CC:  16-007539-CH

_____/

On order of the Court, the application for leave to appeal the May 10, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2018



Clerk

p0326